Harry R. Roeder, Inc., and Another v. Otto R. Roeder.— Motion granted upon condition that the defendant file a surety company bond in the sum of $10,000, in form satisfactory to respondent, and that a receiver of the rents be appointed unless the parties can agree that the rents can be safeguarded by being

placed in a special deposit pending the appeal. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.